897 F.2d 1021
 DAVIS WRIGHT & JONES, Plaintiff-Appellee,
v.
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,
Defendant-Appellant.
 No. 89-35255.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted March 5, 1990.
Decided March 19, 1990.
 
 Bradley D. Stam, Culp, Dwyer, Guterson, & Grader, Seattle, Wash., for defendant-appellant.
 Arthur W. Harrigan, Danielson, Harrigan, Smith & Tollesson, Seattle, Wash., for plaintiff-appellee.
 Appeal from the United States District Court for the Western District of Washington, Barbara Rothstein, District Judge, Presiding.
 Before KOELSCH, ALARCON and RYMER, Circuit Judges.
 PER CURIAM:
 
 
 1
 The court AFFIRMS for the reasons set forth in the district court's order. Davis Wright & Jones v. National Union Fire Ins. Co., 709 F.Supp. 196 (W.D. Wash. 1989).